IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DENNIS L. SANDERS**                                                                                      **PLAINTIFF**

**VS.**                     **CASE NO. 5:07CV0007 JMM**

**ARKANSAS HIGHWAY AND
TRANSPORTATION DEPARTMENT, ET AL.**                                   **DEFENDANTS**

**ORDER**

Pending before the Court is the Arkansas Department of Highway and Transportation's ("AHTD") Motion to Dismiss, or in the Alternative a Motion to Quash Summons (#14) and plaintiff's response in which he requests additional time to complete service upon the defendants. For the reasons stated below, plaintiff's the Motion to Dismiss is denied in part and granted in part and the Alternative Motion to Quash is granted.

Plaintiff's Motion to Quash is granted because plaintiff's service of process failed to satisfy the requirements of the Arkansas and Federal Rules of Civil Procedure ("Rules"). Plaintiff's Motion to Dismiss is denied without prejudice based upon plaintiff request for addition time. Plaintiff is given 30 days from the date of this Order to properly serve defendants pursuant to the Rules.

Plaintiff's Motion to Dismiss the Title VII claims against Pruitt in her individual capacity is granted as supervisors cannot be sued in their individual capacity. However, under Title VII supervisors can be sued in their official capacity, and these claims are not dismissed. *See Robb v. Hungerbeeler,* 370 F.3d 735, 739 (8th Cir. 2004); *Lenhardt v. Basic Institute of Technology, Inc.*, 55 F.3d 377 (8th Cir. 1995).

IT IS SO ORDERED THIS __2__ day of __March__, 2007.


                                                James M. Moody
                                                United States District Court