## IN THE UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DENNIS L. SANDERS**                                                                                          **PLAINTIFF**

**V.**                                            **5:07CV0007 JMM**

**ARKANSAS STATE HIGHWAY AND**
**TRANSPORTATION DEPARTMENT;**
**DEBRA PRUITT; and JAMES HOWARD**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on June 17, 2009, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 17th day of June 2009.

_____
James M. Moody
United States District Judge